**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6528**

_____

JOHN CLYDE BRITT, JR.,

Plaintiff - Appellant,

v.

MATTHEW A. RAYMES; JEREMY HUGHES; MARCUS ANDERSON; GREG
MOORE; DAVID BORRESEN; BRIAN THOMPKINS; PAUL SPIEGLER,

Defendants – Appellees,

and

JOHN NEWLAND; CUMBERLAND COUNTY SHERIFF'S DEPARTMENT,

Defendants.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (5:07-ct-03140-BO)

_____

Submitted: August 20, 2013        Decided:  August 27, 2013

_____

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Clyde Britt, Jr., Appellant Pro Se.   Ronnie Monroe
Mitchell, THE MITCHELL LAW GROUP, Fayetteville, North Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Clyde Britt, Jr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Britt v. Raymes, No. 5:07-ct-03140-BO (E.D.N.C. Mar. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED